[No. 35189-3-I.   Division One.   March 4, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. NINA
MARLENE REIS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-8-03735-0, Richard M. Ishikawa, J., entered
August 16, 1994. *Reversed* by unpublished per curiam
opinion.

[No. 35282-2-I.   Division One.   March 4, 1996.]

EDWARD J. SHIPULESKI, *Respondent*, v. THE BOEING
COMPANY, *Appellant*, and VIKING AUTOMATIC
SPRINKLER COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-11212-2, Carol A. Shapira, J., entered
September 26, 1994. *Affirmed* by unpublished opinion per
Agid, J., concurred in by Cox and Ellington, JJ.

[Nos. 35312-8-I; 36598-3-I.   Division One.   March 4, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
J. NIELSEN, *Appellant*.

*In the Matter of the Personal Restraint Petition of*
WILLIAM J. NIELSEN, *Petitioner*.

Appeal from a judgment of the Superior Court for King
County, No. 94-8-01846-1, Steven G. Scott, J., entered
August 26, 1994. *Affirmed* by unpublished per curiam
opinion.

[No. 35437-0-I.   Division One.   March 4, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. WARREN
SURRATT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-03983-7, George T. Mattson, J., entered
October 17, 1994. *Affirmed* by unpublished per curiam
opinion.